# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHNNY RAY WATWOOD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   CV06-S-2291-NE |
| ) | |
| **OFFICER WILLIAMS, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 27, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice for failing to exhaust the administrative remedies available at the Morgan County Jail.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed without prejudice for failing to exhaust the administrative remedies of the Morgan County Jail.  A Final Judgment will be entered.

DONE this 28th day of June, 2007.

_____
United States District Judge